NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| DARA WOODALL, | : | |
| Petitioner, | : | Civ. Action No. 17-1847 (RMB) |
| v. | : | MEMORANDUM AND ORDER |
| CHRISTOPHER PORRINO, Attorney General, et al., | : | |
| Respondents. | : | |

This matter having come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and it appearing that:

1. Petitioner is a convicted state prisoner challenging her Atlantic County, New Jersey conviction and sentence pursuant to 28 U.S.C. § 2254. (ECF No. 1.) She filed this habeas petition on March 16, 2017.

2. Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did she submit a complete application to proceed *in forma pauperis* ("IFP"), pursuant to 28 U.S.C. § 1915. Petitioner's IFP application is missing the certification by an authorized official at her place of confinement, and Petitioner's

institutional trust account statement for the preceding six months, as required under L. Civ. R. 81.2(b).  (ECF No. 1-2.)

**IT IS** THEREFORE on this **21st** day of **April 2017,**

**ORDERED** that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to either pay the filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

**ORDERED** that the Clerk of the Court shall send to Petitioner a blank form Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case (DNJ-PRO-SE-007-B); and it is further

**ORDERED** that, if Petitioner wishes to reopen this action, she shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101; Petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certification of Petitioner's institutional account and an account statement for the preceding six-month period, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail, and close this case accordingly.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge